Bryan Cave Leighton Paisner LLP
Daniel T. Rockey (SBN 178604)
daniel.rockey@bclplaw.com
Christine Cesare (pro hac vice to follow)
christine.cesare@bclplaw.com
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4070
Telephone:     +1 415 675 3400
Facsimile:      +1 415 675 3434

Attorneys for Defendant
PATHWARD N.A.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>v.<br><br>INCOMM FINANCIAL SERVICES, INC.; TBBK CARD SERVICES, INC.; SUTTON BANK; PATHWARD N.A.;<br><br>Defendants. | Case No. 3:23-cv-06456<br><br>**DEFENDANT PATHWARD N.A.'S NOTICE OF APPEARANCE OF DANIEL T. ROCKEY** |

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT;**

Daniel T. Rockey of Bryan Cave Leighton Paisner LLP, hereby appears as attorney of record on behalf of Defendant Pathward N.A. ("Defendant") in the above-captioned action. He is a member of the State Bar of California and admitted to practice in the Northern District of California. His address, telephone and facsimile numbers, and e-mail address are below. Defendant requests that he be added to the docket and that e-mail notifications be sent to the email address below.

Daniel T. Rockey, Bar No. 178604
BRYAN CAVE LEIGHTON PAISNER LLP
3 Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Tel:      +1 415 675 3400

Fax: +1 415 675 3434
Email: daniel.rockey@bclplaw.com

Dated: January 24, 2024                     By:   */s/ Daniel T. Rockey*
                                                  Daniel T. Rockey
                                                  Attorneys for Defendant
                                                  PATHWARD N.A.

BRYAN CAVE LEIGHTON
PAISNER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -                              Case No. 3:23-cv-06456-WHO

DEFENDANT PATHWARD N.A.'S NOTICE OF APPEARANCE OF DANIEL T. ROCKEY