|   |   |
|---|---|
| 1 | DAVID CHIU, SBN 189542<br>City Attorney |
| 2 | YVONNE R. MERÉ, SBN 173594<br>Chief Deputy City Attorney |
| 3 | SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation |
| 4 | JOHN H. GEORGE, SBN 292332<br>DAVID S. LOUK, SBN 304654 |
| 5 | Deputy City Attorneys<br>Fox Plaza |
| 6 | 1390 Market Street, 6th Floor<br>San Francisco, CA  94102-5408 |
| 7 | Telephone:     (415) 554-4223<br>Facsimile:     (415) 437-4644 |
| 8 | E-Mail:        John.George@sfcityatty.org<br>               David.Louk@sfcityatty.org |

Attorneys for Plaintiffs
PEOPLE OF THE STATE OF CALIFORNIA, acting by
and through San Francisco City Attorney DAVID CHIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>INCOMM FINANCIAL SERVICES, INC.; TBBK CARD SERVICES, INC.; SUTTON BANK; and PATHWARD N.A.,<br><br>　　　　Defendants. | Case No. 3:23-cv-06456-WHO<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

CERTIFICATE OF SERVICE　　　　　　　　　　　1　　　　　　　　　　n:\cxlit\li2023\230428\01724351.docx
CASE NO. 3:23-cv-06456-WHO

# CERTIFICATE OF SERVICE

I, SARAH L. GUTIERREZ, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, 6th Floor, San Francisco, CA 94102.

On January 26, 2024, I served the following document(s):

**CASE MANAGEMENT CONFERENCE ORDER (ECF DKT 23)**

on the following persons at the locations specified:

Jane M. Metcalf
E-Mail: jmetcalf@pbwt.com

Gurinder Singh Grewal
E-Mail: gurinder.grewal@morganlewis.com

Henry J. Ricardo
E-Mail: hjricardo@pbwt.com

Christine B. Cesare
E-Mail: Christine.Cesare@bclplaw.com

Hannah M. Brudney
E-Mail: hbrudney@pbwt.com

Daniel T. Rockey
E-Mail: Daniel.Rockey@bclplaw.com

Colleen Anderson
E-Mail: canderson@pbwt.com

Gary T. Lafayette
E-Mail: glafayette@lkclaw.com

Joseph Duffy
E-Mail: joseph.duffy@morganlewis.com

Brian H. Chun
E-Mail: bchun@lkclaw.com

Arjun P. Rao
E-Mail: arjun.rao@morganlewis.com

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: sarah.gutierrez@sfcityatty.org in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed January 26, 2024, at San Francisco, California.

*/s/ SARAH L. GUTIERREZ*
SARAH L. GUTIERREZ