UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF, <br> Plaintiff(s), <br> v. <br> INCOMM FINANCIAL SERV, <br> Defendant(s). | Case No. 3:23-cv-06456 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Christine Cesare, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant PATHWARD N.A. in the above-entitled action. My local co-counsel in this case is Daniel T. Rockey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 178604.

1290 Avenue of the Americas, 36th Floor,
MY ADDRESS OF RECORD

3 Embarcadero Center, 7th Floor, San Francisco, CA 94111-4070
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212.541.1228
MY TELEPHONE # OF RECORD

415-675-3400
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

christine.cesare@bclplaw.com
MY EMAIL ADDRESS OF RECORD

daniel.rockey@bclplaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1990134.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: January 25, 2024                              Christine Cesare
                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christine Cesare is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 26, 2024



UNITED STATES DISTRICT JUDGE