DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
JOHN H. GEORGE, SBN 292332
DAVID S. LOUK, SBN 304654
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA  94102-5408
Telephone:     (415) 554-4223
Facsimile:      (415) 437-4644
E-Mail:          John.George@sfcityatty.org
                    David.Louk@sfcityatty.org

Attorneys for Plaintiff
PEOPLE OF THE STATE OF CALIFORNIA, acting by
and through San Francisco City Attorney DAVID CHIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>INCOMM FINANCIAL SERVICES, INC.; TBBK CARD SERVICES, INC.; SUTTON BANK; and PATHWARD N.A.,<br><br>　　　　Defendants. | Case No. 3:23-cv-06456-WHO<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO REMAND**<br><br>Hearing Date:　March 13, 2024<br>Time:　　　　 2:00 p.m.<br>Place:　　　　Courtroom 2, 17th Floor<br><br>Trial Date:　　N/A |

It is hereby ordered that this action is **REMANDED** to the Superior Court of California, County of San Francisco.

    **IT IS SO ORDERED.**

Date:_____

                WILLIAM H. ORRICK
                United States District Judge