LAFAYETTE & KUMAGAI LLP
Gary T. Lafayette (SBN 88666)
Brian H. Chun (SBN 215417)
1300 Clay Street, Suite 810
Oakland, California 94612
Tel. 415.357.4600
bchun@lkclaw.com

PATTERSON BELKNAP WEBB & TYLER LLP
Jane Metcalf (admitted *pro hac vice*)
jmetcalf@pbwt.com
Henry J. Ricardo (admitted *pro hac vice*)
hjricardo@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

*Attorneys for Defendant InComm Financial Services, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU<br><br>Plaintiff,<br><br>vs.<br><br>INCOMM FINANCIAL SERVICES, INC.; TBBK CARD SERVICES, INC.; SUTTON BANK; PATHWARD N.A.; and DOES 1 through 10 Defendants. | Case No. 23-cv-06456<br><br>**DECLARATION OF JANE METCALF IN SUPPORT OF DEFENDANT INCOMM'S OPPOSITION TO MOTION TO REMAND** |

DECLARATION OF JANE METCALF IN SUPPORT OF DEFENDANT INCOMM'S
OPPOSITION TO MOTION TO REMAND
-1-

I, Jane Metcalf, declare as follows:

1. I am a member in good standing of the bar of the State of New York and my pro hac vice application to this Court was granted on December 15, 2023. I am a member of Patterson Belknap Webb & Tyler LLP, counsel for InComm Financial Services, Inc. ("InComm''). I submit this declaration in support of InComm's Opposition to Plaintiff's Motion to Remand.

2. I have personal knowledge of the facts set forth herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of the article "Target gift card scammer caught with thousands of tampered cards," published by Fox 26 News on December 12, 2023, and last accessed at the URL https://kmph.com/news/local/target-gift-card-scammer-caught-with-thousands-of-tampered-cards on February 16, 2024.

4. Attached hereto as **Exhibit B** is a true and correct copy of the new release "Man Indicted in Coshocton County for Gift-Card Counterfeiting Scheme," published by the Ohio Attorney General's Office on January 22, 2024, and last accessed at the URL https://www.ohioattorneygeneral.gov/Media/News-Releases/January-2024/Man-Indicted-in-Coshocton-County-for-Gift-Card-Cou on February 16, 2024.

5. Attached hereto as **Exhibit C** is a true and correct copy of the article "InComm Receives Patent on Innovative Packaging Technique" published by PR Newswire on July 11, 2017, and last accessed at the URL https://www.prnewswire.com/news-releases/incomm-receives-patent-on-innovative-packaging-technique-300486039.html on February 16, 2024.

6. Attached hereto as **Exhibit D** is a true and correct screenshot from the website of the Better Business Bureau ("BBB"), which shows the first page of complaints, number of complaints closed in the last 12 months, and BBB Rating & Accreditation for InComm Financial Services, Inc., last accessed at the URL https://www.bbb.org/us/ga/columbus/profile/credit-cards-and-plans/incomm-financial-services-inc-0743-4118/complaints on February 16, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF JANE METCALF IN SUPPORT OF DEFENDANT INCOMM'S
OPPOSITION TO MOTION TO REMAND
-2-

Dated: New York, New York

       February 16, 2024

By: _____
       Jane Metcalf