1  Joseph Duffy, Bar No. 241854
   MORGAN, LEWIS & BOCKIUS, LLP
2  300 South Grand Avenue
   Twenty-Second Floor
3  Los Angeles, CA  90071-3132
   Tel:   +1.213.612.2500
4  Fax:  +1.213.612.2501
   joseph.duffy@morganlewis.com
5
   Attorneys for Defendant
6  TBBK CARD SERVICES, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU, | Case No. 3:23-cv-06456-TSH |
   |---|---|
   | Plaintiff, | **DEFENDANT TBBK CARD SERVICES, INC'S NOTICE OF APPEARANCE OF JOSEPH DUFFY** |
   | vs. | |
   | INCOMM FINANCIAL SERVICES, INC.; TBBK CARD SERVICES, INC.; SUTTON BANK; PATHWARD N.A.; | |
   | Defendants. | |

Case No. CGC-23-61033

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Joseph Duffy of Morgan, Lewis & Bockius LLP, hereby appears as attorney of record on behalf of Defendant TBBK Card Services, Inc. ("Defendant") in the above-captioned action. He is a member of the State Bar of California and admitted to practice in the Northern District of California. His address, telephone and facsimile numbers, and e-mail address are below. Defendant requests that he be added to the docket and that e-mail notifications be sent to the email address below.

> Joseph Duffy, Bar No. 241854
> MORGAN, LEWIS & BOCKIUS, LLP
> 300 South Grand Avenue
> Twenty-Second Floor
> Los Angeles, CA 90071-3132
> Tel: +1.213.612.2500
> Fax: +1.213.612.2501
> Email: joseph.duffy@morganlewis.com

Dated: February 23, 2024         MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Joseph Duffy*
Joseph Duffy
Attorneys for Defendant
TBBK Card Services, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB2/ 47131085.2

2

Case No. CGC-23-61033

NOTICE OF APPEARANCE OF JOSEPH DUFFY

# CERTIFICATE OF SERVICE

    I hereby certify that on February 23, 2024 a copy of the foregoing Notice of Appearance of Joseph Duffy was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

*/s/ Joseph Duffy*
Joseph Duffy

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB2/ 47131085.2

3

NOTICE OF APPEARANCE OF JOSEPH DUFFY

Case No. CGC-23-61033