DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
JOHN H. GEORGE, SBN 292332
DAVID S. LOUK, SBN 304654
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA  94102-5408
Telephone:     (415) 554-4223
Facsimile:      (415) 437-4644
E-Mail:           David.Louk@sfcityatty.org
                       John.George@sfcityatty.org

Attorneys for Plaintiff
PEOPLE OF THE STATE OF CALIFORNIA, acting by
and through San Francisco City Attorney DAVID CHIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>             Plaintiff,<br><br>      vs.<br><br>INCOMM FINANCIAL SERVICES, INC.; TBBK CARD SERVICES, INC.; SUTTON BANK; and PATHWARD N.A.,<br><br>             Defendants. | Case No. 3:23-cv-06456-WHO<br><br>**STIPULATION AND ORDER** |

Plaintiff the People of the State of California by and through San Francisco City Attorney David Chiu and Defendants InComm Financial Services, Inc. ("InComm"), TBBK Card Services, Inc., Sutton Bank, and Pathward N.A., (collectively, "Parties"), through their counsel of record, enter into the following stipulation.

# STIPULATION

WHEREAS, Defendant InComm removed this action to this Court on December 14, 2023 by special appearance and reserving all rights and defenses, including the right to challenge personal jurisdiction by courts of this state;

WHEREAS, the Court issued a Case Management Conference Order on January 5, 2024 that scheduled a Case Management Conference for March 12, 2024 at 2 p.m. and ordered the parties to submit a case management statement no later than March 5, 2024 (ECF No. 23);

WHEREAS, Plaintiff filed its Motion to Remand on January 30, 2024 (ECF No. 28), Defendants InComm and Pathward N.A. filed Oppositions to Plaintiff's Motion to Remand on February 16, 2024 (ECF Nos. 30 and 31), and Plaintiff filed its Reply in Support of Motion to Remand on February 23, 2024 (ECF No. 33);

WHEREAS, the hearing on Plaintiff's Motion to Remand is scheduled for March 13, 2024;

WHEREAS, Plaintiff has proposed that the parties seek a continuance of the Case Management Conference until after the Court issues an order on Plaintiff's Motion to Remand and determines whether it has jurisdiction over this action so as to conserve the Court's and the Parties' resources;

WHEREAS, Defendants concur with Plaintiff's proposal, while reserving and without waiving all rights and defenses, including the right to challenge personal jurisdiction; and

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, and the Parties respectfully request, subject to the Court's approval, that:

1. The March 12, 2024 Case Management Conference is continued until a date convenient for the Court following the Court's order on Plaintiff's Motion to Remand within 21 days of the Court's order on Plaintiff's motion.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 1, 2024 | DAVID CHIU<br>City Attorney<br>YVONNE R. MERÉ<br>Chief Deputy City Attorney<br>SARA J. EISENBERG<br>Chief of Complex and Affirmative Litigation<br>JOHN H. GEORGE<br>DAVID S. LOUK<br>Deputy City Attorneys<br><br>By:  */s/ JOHN H. GEORGE*<br>       JOHN H. GEORGE<br><br>Attorneys for Plaintiff<br>PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU |
| Dated:  March 1, 2024 | GARY T. LAFAYETTE<br>BRIAN H. CHUN<br>LAFAYETTE & KUMAGAI LLP<br><br>By:  **\*\*/s/ BRIAN H. CHUN*<br>       BRIAN H. CHUN<br><br>Attorneys for Defendant<br>INCOMM FINANCIAL SERVICES, INC. |
| Dated:  March 1, 2024 | JANE METCALF<br>HENRY J. RICARDO<br>PATTERSON BELKNAP WEBB & TYLER LLP<br><br>By:  **\*\*/s/ JANE METCALF*<br>       JANE METCALF<br><br>Attorneys for Defendant<br>INCOMM FINANCIAL SERVICES, INC. |
| Dated:  March 1, 2024 | JOSEPH DUFFY<br>MORGAN, LEWIS & BOCKIUS LLP<br><br>By:  **\*\*/s/ JOSEPH DUFFY*<br>       JOSEPH DUFFY<br><br>Attorneys for Defendant<br>TBBK CARD SERVICES, INC. |

| | | |
|---|---|---|
| 1 | Dated: March 1, 2024 | ARJUN P. RAO<br>MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By: **/s/ ARJUN P. RAO*<br>ARJUN P. RAO |
| 4 | | |
| 5 | | Attorneys for Defendant<br>SUTTON BANK |
| 6 | Dated: March 1, 2024 | DANIEL T. ROCKEY<br>BRYAN CAVE LEIGHTON PAISNER |
| 7 | | |
| 8 | | By: **/s/ DANIEL T. ROCKEY*<br>DANIEL T. ROCKEY |
| 9 | | Attorneys for Defendant<br>PATHWARD N.A. |

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Stipulation and Proposed Order is GRANTED as follows:

1. The March 12, 2024 Case Management Conference is continued until a date convenient for the Court following the Court's order on Plaintiff's Motion to Remand within 21 days of the Court's order on Plaintiff's motion.

IT IS SO ORDERED.

Date: March 1, 2024

HONORABLE WILLIAM H. ORRICK
United States District Judge