UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Mark B. Busby                                                   General Court Number
Clerk of Court                                                      415-522-2000

March 28, 2024

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  3:23-cv-06456 WHO – People of the State of California v. InComm Financial Services, Inc.

Your Case Number:  CGC-23-610333

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, please find enclosed a certified copy of docket entries and the remand order.

   Please send an acknowledgement of receipt of these documents to felicia_brown@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

_____
by:  Felicia Brown
Case Systems Administrator