UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Mark B. Busby
Clerk of Court

General Court Number
415-522-2000

March 28, 2024

**ENDORSED FILED**
Superior Court of California
County of San Francisco
APR 03 2024
CLERK OF THE COURT
BY: CAROLYN BALISTRERI
Deputy Clerk

**FILED**
APR 10 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE: 3:23-cv-06456 WHO – People of the State of California v. InComm Financial Services, Inc.

Your Case Number: CGC-23-610333

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, please find enclosed a certified copy of docket entries and the remand order.

    Please send an acknowledgement of receipt of these documents to felicia_brown@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

*Felicia Brown*

by: Felicia Brown
Case Systems Administrator

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
APR 09 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CA 940
5 APR 2024 PM 3 L

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY ADMIN OFFICE OF THE US COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



